

**JUDGE KARAS**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

WAYNE D. HOSLER,

                        **Civil Action No.:**

    Plaintiff,

  -against-

                        **RULE 7.1(a) STATEMENT**

ANATOLIY N. SULIMA and BOSTON
TRANSPORTATION INC.,

    Defendants-Petitioners.
------------------------------------------------------------------ x

    Defendant, ANATOLIY N. SULIMA is an individual and therefore has no corporate or other parents, subsidiaries, affiliates, securities, stocks or other interests which are publicly held.

    Defendant, BOSTON TRANSPORTATION INC. is a privately held Illinois Incorporated Company which has no corporate or other parents, subsidiaries, affiliates, securities, stocks or other interests which are publicly held.

Dated:    New York, New York
            May 9, 2008

                      Yours etc.,

                      WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                      By: _____
                      JOHN A. HSU (JH-6425)
                      Attorneys for Defendants-Petitioners
                      ANATOLIY N. SULIMA and BOSTON
                      TRANSPORTATION INC.
                      3 Gannett Drive
                      White Plains, New York 10604

1987012.1

                                        (914) 323-7000  
                                        01502.00026

To:    Grogan & Souto, P.C.  
        Court Plaza, PO Box 330  
        Goshen, New York 10924  
        (845) 294-6155

- 5 -

1987012.1

<u>AFFIDAVIT OF SERVICE BY MAIL</u>

STATE OF NEW YORK           )
                            ) ss.:
COUNTY OF WESTCHESTER       )

    Dina Zanzano, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in Westchester County;

    That on the 14th day of May, 2008, deponent served the within document(s) entitled Rule 7.1(a) Statement upon:

> Grogan & Souto, PC
> Court Plaza, PO Box 330
> Goshen, New York 10924

at the address(es) designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

_____
Dina Zanzano

Sworn to before me this
14th day of May, 2008

_____
Notary Public

LINDA A. FERNANDEZ
Notary Public, State of New York
No. 01FE4954636
Qualified in Westchester County
Commission Expires August 14, 20___

1987666.1