FILE COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

WAYNE D. HOSLER,

        Plaintiff,

    -against-

ANATOLIY N. SULIMA and BOSTON
TRANSPORTATION INC.,

        Defendants-Petitioners.
------------------------------------------------------------------ X

Civil Action No.: 08CV4526

**RULE 7.1(a) STATEMENT**

Defendant, ANATOLIY N. SULIMA is an individual and therefore has no corporate or other parents, subsidiaries, affiliates, securities, stocks or other interests which are publicly held.

Defendant, BOSTON TRANSPORTATION INC. is a privately held Illinois Incorporated Company which has no corporate or other parents, subsidiaries, affiliates, securities, stocks or other interests which are publicly held.

Dated:    New York, New York
            May 9, 2008
                  Yours etc.,

                  WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                  By: _____
                          JOHN A. HSU (JH-6425)
                          Attorneys for Defendants-Petitioners
                          ANATOLIY N. SULIMA and BOSTON
                          TRANSPORTATION INC.
                          3 Gannett Drive
                          White Plains, New York 10604

1987012.1

(914) 323-7000
01502.00026

To: Grogan & Souto, P.C.
Court Plaza, PO Box 330
Goshen, New York 10924
(845) 294-6155

- 5 -

1987012.1

AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF WESTCHESTER    )

    Dina Zanzano, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in Westchester County;

    That on the 14th day of May, 2008, deponent served the within document(s) entitled Rule 7.1(a) Statement upon:

> Grogan & Souto, PC
> Court Plaza, PO Box 330
> Goshen, New York 10924

at the address(es) designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

                                                  Dina Zanzano

Sworn to before me this
14th day of May, 2008

_____
Notary Public

LINDA A. FERNANDEZ
Notary Public, State of New York
No. 01FE4954636
Qualified in Westchester County
Commission Expires August 14, 20_09

1987666.1