FILE COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WAYNE D. HOSLER,<br><br>                      Plaintiff,<br><br>-against-<br><br>ANATOLIY N. SULIMA and BOSTON TRANSPORTATION INC.,<br><br>                      Defendants. | Index No.: 08 CV 4526<br><br>**JURY DEMAND** |

**PLEASE TAKE NOTICE** that pursuant to USCS Fed Rules Civ. Proc. R. 38, defendants ANATOLIY N. SULIMA and BOSTON TRANSPORTATION INC., by and through its attorneys, WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, hereby demands a trial by jury of each and every issue that is triable by a jury insofar as alleged against ANATOLIY N. SULIMA and BOSTON TRANSPORTATION INC., in the above entitled action.

Dated: New York, New York
        May 27, 2008

                                      Respectfully submitted,

                     WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                   By: _____
                   **John A. Hsu, Esq. (JH-6425)**
                   Attorneys for Defendant
                   ANATOLIY N. SULIMA and BOSTON TRANSPORTATION INC
                   3 Gannett Drive
                   White Plains, New York 10604
                   Tel. 914-323-7000
                   Our File No. 01502.00026

TO: Grogan & Souto, P.C.
Attorneys for Plaintiff
Court Plaza, PO Box 330
Goshen, New York 10924
(845) 294-6155

2000859.1

# AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK              )
                               ) ss.:
COUNTY OF WESTCHESTER          )

Dina Zanzano, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in Westchester County;

That on the 27th day of May, 2008, deponent served the within document(s) entitled Jury Demand upon:

> Grogan & Souto, PC
> Court Plaza, PO Box 330
> Goshen, New York 10924

at the address(es) designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

_____
Dina Zanzano

Sworn to before me this
27th day of May, 2008

_____
Notary Public

LINDA A. FERNANDEZ
Notary Public, State of New York
No. 01FE4954636
Qualified in Westchester County
Commission Expires August 14, 20 09

2000970.1